Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Elder, Pedderson & Wedel, for appellants; Edgar B. Elder and John E. Pedderson, of counsel. Sanders, Childs, Bobb & Wescott, for certain appellees. Barnet Hodes, Corporation Counsel, and Leo V. Roeder, Assistant Corporation Counsel, for certain other appellees; William L. Bourland, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Robert A. Morrey, appellant, v. Frederick H. Bartlett, appellee. Gen. No. 39,149.

Opinion filed February 1, 1937.

John Van Natta, for appellant. Foreman, Bluford, Krinsley & Schultz, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Signe Moustis, appellee, v. James Moustis, appellant. Gen. No. 39,158.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Bither & Bither, for appellant. Maurice L. Davis, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

In re Estate of Louis B. Cohen, deceased.
Petition of Bernard Cohen, appellee, v. Sara Cohen, appellant. Gen. No. 39,026.

Opinion filed February 1, 1937.

Louis S. Gibson, for appellant. Harold A. Fein, for appellee; Mordi R. Kallick, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

John Jacobson, appellee, v. Herbert F. Philipsborn and R. C. Philipsborn, trading as H. F. Philipsborn and Company, and Otoe Corporation, appellant. Gen. No. 39,061.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Stearns & Jones, for appellant; Lloyd M. McBride, of counsel. Heile, Cavender, Milchrist & Kaiser, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

James W. Svantner et al., appellants, v. Prudential Insurance Company of America, appellee. Gen. No. 39,102.

Opinion filed February 1, 1937.

Stebbins, McKinley & Price, for appellants; William McKinley and Paul E. Price, of counsel. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

F. H. Andersen, trading as F. H. Andersen Decorating Company, appellee, v. Mrs. Nathan Hymen and Hymen and Stenhouse, Inc., appellants. Gen. No. 39,143.

Opinion filed February 1, 1937.

Philip A. Weinstein, for appellants. Samuel A. and Leonard B. Ettelson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The Northern Trust Company, appellee, v. William J. Bridgman et al., on appeal of William J. Bridgman et al., appellants. Gen. No. 39,017.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Cutting, Moore & Sidley, for appellants; Merritt C. Bragdon and Middleton Miller, of counsel. Bottom, Hudnall, Lecher, Michael & Whyte, for certain appellees; Robert McCurdy, of counsel. Arthur Abraham, guardian ad litem.

Mr. Justice O'Connor delivered the opinion of the court.